RECEIVED
JUN 02 2020
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

TODD J. BRUSEAU
(Enter Above the Name of the Plaintiff in this Action)

vs.

FRANKLIN COUNTY CORRECTION OFFICERS
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

L.P.N. NAPA-CARE / NAZI CHAIR

2 20CV2843

Judge Marbley

**COMPLAINT**

MAGISTRATE JUDGE JOLSON

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

TODD JEFFREY BRUSEAU
Name - Full Name Please - PRINT

40 WEST LONG STREET #684
Street Address

COLUMBUS OHIO 43215
City, State and Zip Code

614-208-0166
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. FRANKLIN COUNTY EMPLOYEES/JAIL
   Name - Full Name Please
   375 SOUTH HIGH STREET COLUMBUS OHIO 43215
   Address: Street, City, State and Zip Code

2. NAPA CARE NURSE
   UNKNOWN

3. NAZI HOLICAUST CHAIR
   375 SOUTH HIGH STREET COLUMBUS OHIO 43215

4. ~~_____~~

5. ~~_____(T.J.B)_____~~

6. ~~_____~~

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

ATTACHED 5 OF 5 SHEETS

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption | |
|---|---|---|
| _____ | _____ vs. | _____ |
| _____ | _____ vs. | _____ |
| _____ | _____ vs. | _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I WISH TO COLLECT $740,000.00 IN A PERSONELL CHECK THE DAY THAT I WIN IN COURT.

T. J. B

I state under penalty of perjury that the foregoing is true and correct. Executed on this 15 day of MAY, 20 20

_____
Signature of Plaintiff

-4-

I was put into a multi inmate single cell range at Franklin County Corrections building at 370 South Front Street, Columbus Ohio, 43215. phone number 614-525-3368, in early November 2017.

I just got done cleaning my one man cell, and a handicapt black man entered the open bar door with his arms crossed I told him very nicely to leave my space alone. He said make me. I stood up and he spit in my face. I pushed him out the door, and he begun to slap me in the side of the head. Then another inmate (both twice my size) grabbed my arms and held them from behind. Then the colored man took off his rubber sandles and started hitting me in the face with them Then they both just walked away. It was the first time I met them both. There was a group of men who stayed in on cell, I had never even introduced myself to anyone on the entire floor.

I waited for the ~~Sherrif~~ Sheriff to show up and explained why my nose and mouth was bleeding.

Then I was forced out of my reciently cleaned single cell and forced into disinaplary lock down holding cell, and I was given disinaplary sheets to read and sign, I refused to sign them. I told the Sheriff guard that I wanted to appeals the hold, he just looked at me and walked away. I was very displeased because that it went as fare as it goes. I was also very neuvious and was in anxiaty shock which I was being treated for by Ph.d Elizabeth Hurst my mental health Dr. at Twin Valley 2200 West Broad Street, Columbus Ohio, phone number 614-752-0333 ext 2.

I had a cut top lip and was bleeding from my left ear and nose, and a badgeless guard gave me a new razor, I asked if I was going to be seen by a Dr. very agressively, he just kept walking by.

I was very, very upset, when I used the sink to break open the razor. Then I immediantly started spliting my forarm six times.

I stood in to the cell with my arm out of

Case: 2:20-cv-02843-ALM-KAJ Doc #: 1-1 Filed: 06/02/20 Page: 7 of 9 PAGEID #: 10

the bars and a third ~~guy~~ guard came ~~dow~~ down the hall, he said, what the hell are you doing? and was very discouraged. the door opened and he grabbed me by the shoulder and pushed me down the hall to the nurses station or small Dr. office, the curly, ~~blonot~~ snow white haired or L.P.N. grabbed my arm and ~~starting~~ started running hot water ~~of~~ over my cuts, then she started slapping my forearms. I pulled my hand out of her hand and said "I'll do it". Then I noticed a nother female in the room, ~~I so~~ she was video recording the back of my head. I said "what are you looking at bitch". Then the nurse from Nappa-care said "what are you a fagget?" so I turned around and spit on her!

Then ~~seven~~ female cops grabbed me by the back of the neck and bent me ~~over~~ over and buckled my legs in, then spread my feet and handcuffed my~~-~~ hands tightly behind me. They dragged me out of the room, down the hall to another room ~~with~~ with a table and sharp cornered ~~medal~~ medal filing cabinet sit- right in the middle of the large room, tight up against the wall.

Then the seven females yanked up my arms and crossed my left ~~arm~~ leg behind my right one. ~~picked~~ picked me up off the floor by my feet and slammed the left side of my chest right on my ~~ribs~~ ribs. it felt like the ~~fiting~~ fileing ~~cabl~~ cabinet was going through my heart & valve it was just pumping into my veins and I kept seeing flashes from being hit in the head with a hammer.

The next thing I know im being slammed backwards into holicaust chair. My ~~arms~~ hands were still tightly squeezed into handcuffs with my thumbs backwards. They bent my ~~arms~~ arm connection to both of my sholders in half behind me around the back of the very wide hard plastic chair, and it was all still being recorded. It felt like the my ~~shold~~ shoulder and arms were being dislocated. I even ~~screamed~~ screamed my head off untill I almost bit off my ~~toung~~ tongue off. I got kind of stoned numb, and couldint set down im the chair all of the way, even my eyes were bugged out.

It is hard to say how long I was in the

touches chair. Lid I know that I woke up in the glass observeration room completly naked on the floor, bleeding from my arm my nose, my lip and had a white substance comming from me eyes.

TODD BRUSEAU
EASTERN DAYLIGHT TIME
TIME ZONE UPTOWN DISTRIC, ZIP 43215
COLUMBUS, OHIO (GMT-4)
SATURDAY, MAY 16, 2020, 3:31 PM

E-MAIL: bruseautodd6@gmail.com
ALL COLORS PLEASE BE FILL TO RESPOND.
*NO CARDS PLEASE... GOD BLESS!

(T.J.B.)